UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:15-cv-132-BO

| | |
|---|---|
| ENDEAVOR MESHTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> TANTALUS SYSTEMS, INC., <br><br> Defendant. | **NOTICE OF VOLUNTARY DISMISSAL** <br><br> Judge Terrence W. Boyle |

Pursuant to Federal Rule Of Civil Procedure 41(a)(1), Plaintiff ENDEAVOR MESHTECH, INC. hereby notifies the court that, pursuant to the terms of a confidential settlement agreement, all of its claims in this matter are dismissed with prejudice. Defendant TANTALUS SYSTEMS, INC has not filed an Answer to the Complaint, and has not filed a Motion for Summary Judgment in this matter.

Respectfully submitted,

This 24th day of June, 2015:

        *s/ Brian L. Kinsley*

Jacqueline K. Burt, GA Bar No. 425322
Jonathan R. Miller, GA Bar No. 507179
**Heninger Garrison Davis, LLC**
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339-4192
Telephone: (404) 996-0861, 0863
Facsimile: (205) 547-5502, 5506
Email: jburt@hgdlawfirm.com
Email: jmiller@hgdlawfirm.com

Brian L. Kinsley
**Crumley Roberts**
2400 Freeman Mill Rd.
Greensboro, North Carolina 27408
Telephone: (336) 333-9899
Facsimile: (336) 333-9894
NC State Bar No. 38683
Email: blkinsley@crumleyroberts.com
Local Civil Rule 83.1 Counsel

*Counsel for Plaintiff*
*Endeavor MeshTech, Inc*.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service pursuant to Local Civil Rule 5.1(b) are being served with a true and correct copy of this document via the Court's CM/ECF System, pursuant to Local Civil Rule 5.1, this 24th of June, 2015. In addition, a copy will also be sent to counsel for Defendant by electronic mail.

    *s/ Brian L. Kinsley*
Brian L. Kinsley
Crumley Roberts
2400 Freeman Mill Rd.
Greensboro, North Carolina 27408
Telephone: (336) 333-9899
Facsimile: (336) 333-9894
NC State Bar No. 38683
Email: blkinsley@crumleyroberts.com

Local Civil Rule 83.1 Counsel
Attorney for Plaintiff
Endeavor MeshTech, Inc.